Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−19542−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin E. Eldridge
   1012 Old Corlies Avenue
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−0658

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           3/4/26
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 21, 2026
JAN: pbf

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-19542-MBK
Kevin E. Eldridge  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Jan 21, 2026 | Form ID: 132 | Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol   Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin E. Eldridge, 1012 Old Corlies Avenue, Neptune, NJ 07753-3329 |
| 520835019 | + | Jennifer Eldridge, 1012 Old Corlies Ave., Neptune, NJ 07753-3329 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 21 2026 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 21 2026 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520892122 | | Email/Text: mtgbk@shellpointmtg.com | Jan 21 2026 21:11:00 | BANK OF AMERICA, N.A., c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520808197 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 21:19:35 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520808199 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 21:19:35 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520808201 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jan 21 2026 21:12:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 520808202 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 21 2026 21:19:51 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520808205 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 21 2026 21:19:51 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520808208 | | Email/Text: bankruptcycourts@equifax.com | Jan 21 2026 21:11:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 520808209 | ^ | MEBN | Jan 21 2026 21:00:12 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 520808210 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 21 2026 21:19:37 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520808212 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 21 2026 21:11:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 520808217 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 21 2026 21:11:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 520873723 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

Case 25-19542-MBK    Doc 26    Filed 01/23/26    Entered 01/24/26 00:19:56    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 21, 2026 | Form ID: 132 | Total Noticed: 27 |

| | | | |
| --- | --- | --- | --- |
| | | Jan 21 2026 21:12:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520839186 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 21:20:09 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520808213 | Email/Text: ml-ebn@missionlane.com | Jan 21 2026 21:10:00 | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 520808214 | Email/Text: ml-ebn@missionlane.com | Jan 21 2026 21:10:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520815006 | + Email/Text: ecfbnc@aldridgepite.com | Jan 21 2026 21:11:00 | NewRez, LLC, dba Shellpoint Mortgage Svc., Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520808218 | + Email/Text: mtgbk@shellpointmtg.com | Jan 21 2026 21:11:00 | Nr/sms/cal, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 520825288 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jan 21 2026 21:12:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520808219 | + Email/Text: tidewaterlegalebn@twcs.com | Jan 21 2026 21:11:00 | TFC/Tidewater Finance Company, Tidewater Finance Company, Attnt: Bankru, Po Box 13306, Chesapeake, VA 23325-0306 |
| 520808215 | + Email/Text: tidewaterlegalebn@twcs.com | Jan 21 2026 21:11:00 | TFC/Tidewater Finance Company, 6520 Indian River Rd, Virginia Beach, VA 23464-3439 |
| 520892224 | Email/Text: tidewaterlegalebn@twcs.com | Jan 21 2026 21:11:00 | Tidewater Finance Company, P.O. Box 13306, Chesapeake, VA 23325 |
| 520808216 | Email/Text: DASPUBREC@transunion.com | Jan 21 2026 21:10:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |
| 520809962 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 21 2026 21:19:41 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 520808198 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520808200 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520808203 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520808204 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520808206 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520808207 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520808211 | ##+ | Frenkel Lambert Weiss, 80 Main St. #460, West Orange, NJ 07052-5414 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 21, 2026 | Form ID: 132 | Total Noticed: 27 |
| Date: Jan 23, 2026 | Signature:  /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Kevin E. Eldridge imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4