UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank of America, N.A.

In Re:

Kevin E. Eldridge,

Debtor.

| | |
|---|---|
| Case No.: | 25-19542-MBK |
| Chapter: | 13 |
| Hearing Date: | 03/04/2026 |
| Judge: | Kaplan |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 19)

Date: 3/2/2026                              /s/ Denise Carlon
                                                        Signature

*rev.8/1/15*