Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−19542−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin E. Eldridge
   1012 Old Corlies Avenue
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−0658

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 9, 2026.

Dated: March 9, 2026
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-19542-MBK

Kevin E. Eldridge                                                               Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 3

Date Rcvd: Mar 09, 2026                       Form ID: plncf13                        Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin E. Eldridge, 1012 Old Corlies Avenue, Neptune, NJ 07753-3329 |
| aty | + | Jonathan Goldsmith Cohen, I Mark Cohen Law Group, 1 Executive Dr Ste 6, Tinton Falls, NJ 07701-4938 |
| 520835019 | + | Jennifer Eldridge, 1012 Old Corlies Ave., Neptune, NJ 07753-3329 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 09 2026 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 09 2026 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520892122 | | Email/Text: mtgbk@shellpointmtg.com | Mar 09 2026 20:51:00 | BANK OF AMERICA, N.A., c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520808197 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 09 2026 20:50:48 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520808199 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 09 2026 20:50:59 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520808201 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Mar 09 2026 20:52:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 520808202 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 09 2026 20:51:00 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520808205 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 09 2026 20:50:33 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520808208 | | Email/Text: bankruptcycourts@equifax.com | Mar 09 2026 20:52:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 520808209 | ^ | MEBN | Mar 09 2026 20:46:54 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 520808210 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 09 2026 20:50:50 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520808212 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 09 2026 20:52:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 520808217 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 09 2026 20:52:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |

District/off: 0312-3    User: admin    Page 2 of 3

Date Rcvd: Mar 09, 2026    Form ID: plncf13    Total Noticed: 28

| 520873723 | | Email/Text: JCAP_BNC_Notices@jcap.com | | | |
| | | | Mar 09 2026 20:52:00 | | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520839186 | | Email/PDF: resurgentbknotifications@resurgent.com | | | |
| | | | Mar 09 2026 20:50:51 | | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520808213 | | Email/Text: ml-ebn@missionlane.com | | | |
| | | | Mar 09 2026 20:51:00 | | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 520808214 | | Email/Text: ml-ebn@missionlane.com | | | |
| | | | Mar 09 2026 20:51:00 | | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520815006 | + | Email/Text: ecfbnc@aldridgepite.com | | | |
| | | | Mar 09 2026 20:52:00 | | NewRez, LLC, dba Shellpoint Mortgage Svc., Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520808218 | + | Email/Text: mtgbk@shellpointmtg.com | | | |
| | | | Mar 09 2026 20:51:00 | | Nr/sms/cal, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 520825288 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | | |
| | | | Mar 09 2026 20:52:00 | | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520808219 | + | Email/Text: tidewaterlegalebn@twcs.com | | | |
| | | | Mar 09 2026 20:52:00 | | TFC/Tidewater Finance Company, Tidewater Finance Company, Attnt: Bankru, Po Box 13306, Chesapeake, VA 23325-0306 |
| 520808215 | + | Email/Text: tidewaterlegalebn@twcs.com | | | |
| | | | Mar 09 2026 20:52:00 | | TFC/Tidewater Finance Company, 6520 Indian River Rd, Virginia Beach, VA 23464-3439 |
| 520892224 | | Email/Text: tidewaterlegalebn@twcs.com | | | |
| | | | Mar 09 2026 20:52:00 | | Tidewater Finance Company, P.O. Box 13306, Chesapeake, VA 23325 |
| 520808216 | | Email/Text: DASPUBREC@transunion.com | | | |
| | | | Mar 09 2026 20:51:00 | | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |
| 520809962 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | | |
| | | | Mar 09 2026 20:50:36 | | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520808198 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520808200 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520808203 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520808204 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520808206 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520808207 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520808211 | ##+ | Frenkel Lambert Weiss, 80 Main St. #460, West Orange, NJ 07052-5414 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Mar 09, 2026 | Form ID: plncf13 | Total Noticed: 28

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Kevin E. Eldridge imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Attorney Jonathan Goldsmith Cohen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5