| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>I. Mark Cohen Law Group<br>Jonathan Goldsmith Cohen, Esq.<br>1 Executive Drive, Suite 6<br>Tinton Falls, New Jersey 07701<br>(732) 741-9500/(732) 741-0226 (Fax)<br>jgc@imclawgroup.com<br>Attorney for Debtor | Case No.: 25-19542<br><br>Chapter: 13 |
| In Re:<br><br>KEVIN E. ELDRIDGE,<br>Debtor. | Adv. No.: ______<br><br>Hearing Date: ______<br><br>Judge: MBK |

**CERTIFICATION OF SERVICE**

1. I, Tricia E. DeRasmo :

☐ represent ________________ in this matter.

☒ am the secretary/paralegal for Jonathan Goldsmith Cohen, who represents Debtor in this matter.

☐ am the ________________ in this case and am representing myself.

2. On August 18, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Application for Extension or Early Termination of Loss Mitigation Period and proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 18, 2026

/s/Tricia E. DeRasmo
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Ch 13 Trustee<br>CN4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew Fissel, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin E. Eldridge<br>1012 Old Corlies Avenue<br>Neptune, NJ 07753 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |