Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 25−19542−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kevin E. Eldridge
1012 Old Corlies Avenue
Neptune, NJ 07753

Social Security No.:
xxx−xx−0658

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date: 9/9/26
Time: 02:00 PM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Jonathan Goldsmith Cohen, Esq.
Attorney for Debtor

COMMISSION OR FEES
Fee: $7,346.50

EXPENSES
$473.00

---

If this is a chapter 13 case, the fees and expenses awarded:

☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 19, 2026
JAN: llb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:
Kevin E. Eldridge
Debtor

Case No. 25-19542-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Aug 19, 2026 | Form ID: 137 | Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin E. Eldridge, 1012 Old Corlies Avenue, Neptune, NJ 07753-3329 |
| aty | + | Jonathan Goldsmith Cohen, I Mark Cohen Law Group, 1 Executive Dr Ste 6, Tinton Falls, NJ 07701-4938 |
| 520808201 | + | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 520835019 | + | Jennifer Eldridge, 1012 Old Corlies Ave., Neptune, NJ 07753-3329 |
| 520809962 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 19 2026 21:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 19 2026 21:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520892122 | | Email/Text: mtgbk@shellpointmtg.com | Aug 19 2026 21:28:00 | BANK OF AMERICA, N.A., c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520808197 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 19 2026 21:37:03 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520808199 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 19 2026 21:37:19 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520808202 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2026 21:37:12 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520808205 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2026 21:37:11 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520808208 | | Email/Text: bankruptcycourts@equifax.com | Aug 19 2026 21:28:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 520808209 | ^ | MEBN | Aug 19 2026 21:24:12 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 520808210 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 19 2026 21:37:12 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520808212 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 19 2026 21:28:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 520808217 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 19 2026 21:28:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 520873723 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 19 2026 21:29:00 | Jefferson Capital Systems, LLC, PO BOX 7999, |

| | | | | |
|---|---|---|---|---|
| | | | | SAINT CLOUD, MN 56302-9617 |
| 520839186 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2026 21:37:19 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520808213 | | Email/Text: ml-ebn@missionlane.com | Aug 19 2026 21:28:00 | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 520808214 | | Email/Text: ml-ebn@missionlane.com | Aug 19 2026 21:28:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520815006 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 19 2026 21:28:00 | NewRez, LLC, dba Shellpoint Mortgage Svc., Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520808218 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 19 2026 21:28:00 | Nr/sms/cal, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 520825288 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 19 2026 21:29:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520808219 | + | Email/Text: tidewaterlegalebn@twcs.com | Aug 19 2026 21:28:00 | TFC/Tidewater Finance Company, Tidewater Finance Company, Attnt: Bankru, Po Box 13306, Chesapeake, VA 23325-0306 |
| 520808215 | + | Email/Text: tidewaterlegalebn@twcs.com | Aug 19 2026 21:28:00 | TFC/Tidewater Finance Company, 6520 Indian River Rd, Virginia Beach, VA 23464-3439 |
| 520892224 | | Email/Text: tidewaterlegalebn@twcs.com | Aug 19 2026 21:28:00 | Tidewater Finance Company, P.O. Box 13306, Chesapeake, VA 23325 |
| 520808216 | | Email/Text: DASPUBREC@transunion.com | Aug 19 2026 21:28:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520808198 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520808200 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520808203 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520808204 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520808206 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520808207 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520808211 | ##+ | Frenkel Lambert Weiss, 80 Main St. #460, West Orange, NJ 07052-5414 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Jonathan Goldsmith Cohen | on behalf of Attorney Jonathan Goldsmith Cohen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Kevin E. Eldridge imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6