UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. Mark Cohen Law Group
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive, Suite 6
Tinton Falls, New Jersey 07701
(732) 741-9500/(732) 741-0226 (Fax)
jgc@imclawgroup.com
Attorney for Debtor

**Order Filed on September 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

KEVIN E. ELDRIDGE,

Debtor.

Case No.: 25-19542

Chapter: 13

Judge: MBK

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: September 9, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that ___Jonathan Goldsmith Cohen, Esquire___, the applicant, is allowed a fee of $ ___7,346.50___ for services rendered and expenses in the amount of $___473.00___ for a total of $___7,819.50___ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___N/A___ per month for ___N/A___ months to allow for payment of the above fee.

*rev.8/1/15*